**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No.: 2:07 CR 74 PS |
| | ) | |
| JEFFREY AKARD | ) | |

**ORDER**

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendants Jeffrey Akard. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations. The Court **ACCEPTS** Jeffrey Akard's plea of guilty, and **FINDS** the Akard guilty of the offense charged in Count 1 of the Indictment, in violation of 18 U.S.C. § 2252(a)(2).

**SO ORDERED.**

ENTERED: March 12, 2008

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT